```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ORLANDO A. COLON,
                                                                    **JUDGMENT**
                Plaintiff,                                          16-CV-3043 (RRM)

        - against -

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
-----------------------------------------------------------X
```

A Memorandum and Order having been issued by the undersigned this day, granting the defendant's motion for judgment on the pleadings and denying plaintiff's cross-motion, it is hereby

ORDERED, ADJUDGED, AND DECREED that the plaintiff Orlando A. Colon take nothing as against the defendant Acting Commissioner of Social Security.

The Clerk of Court is directed to dismiss this action and close the file.

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge

Dated:  Brooklyn, New York
        March 23, 2018